1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 BRAXSTON BROWN                          ) No. C 05 4906 JSW
                                           )
12               Plaintiff,                ) Before the Honorable JEFFREY S. WHITE
                                           )
13     vs.                                 ) **[PROPOSED] ORDER VACATING**
                                           ) **AND/OR CONTINUING CASE**
14                                         ) **MANAGEMENT CONFERENCE**
   ELI LILLY AND COMPANY,                  )
15                                         ) Conference Date:   MARCH 3, 2006
               Defendant.                  ) Conference Time:   1:30 p.m.
16                                         ) Location:          Courtroom 2, 17TH floor

17         For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the March 3, 2006 Case Management Conference ("CMC") to

19 _____June 2, 2006_____, at 1:30 p.m.  In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23

24     **IT IS SO ORDERED**

25

26     DATED:  March 1, 2006

27                                    _____
                                     HONORABLE JEFFREY S. WHITE
28                                   United States District Court Judge